UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOEL PATRICK CHRISTIAN, and<br>SHERRIE LAVET CHRISTIAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>THE BANK OF NEW YORK MELLON, and<br>DOES 1-X,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:15-CV-92-D** |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion to dismiss, DISMISSES the complaint without prejudice, and DENIES plaintiffs' motion for a temporary restraining order.

This Judgment Filed and Entered on August 19, 2015, and Copies To:
Joel Patrick Christian    (via US Mail, 904 Rountree Street, Kinston, NC 28501)
Sherrie Lavet Christian    (via US Mail, 904 Rountree Street, Kinston, NC 28501)
Christopher V. Karlsson    (via CM/ECF Notice of Electronic Filing)

DATE                              JULIE RICHARDS JOHNSTON, CLERK OF COURT
August 19, 2015

                                            /s/ Crystal Jenkins
                                            (By): Crystal Jenkins, Deputy Clerk